IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO G. LOPEZ, | NO. CIV.S-06-0093 MCE DAD PS |
|     Plaintiffs, | |
|  v. | ORDER TO SHOW CAUSE |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
|     Defendants. | |

_____/

    This action has been assigned to United States District Judge Morrison C. England, Jr. and pursuant to Local Rule 72-302(c)(21) has been referred to Magistrate Judge Dale A. Drozd for all purposes encompassed by that provision.

    This matter came before the court on May 12, 2006, at 11:00 a.m. for a Status (Pretrial Scheduling) Conference. There was no appearance on behalf of plaintiff or defendants. There is no indication in the court file that plaintiff has completed service of process and no status reports have been filed. There also is no

1

indication that plaintiff served upon defendants a copy of the Order Setting Status (Pretrial Scheduling) Conference, plaintiff having failed to file with the Clerk of the Court a certificate reflecting such service.  (<u>See</u> Order filed January 23, 2006, at 2.)

      Accordingly, plaintiff is hereby ordered to show cause in writing within twenty (20) days why this case should not be dismissed for failure to prosecute.  Failure to timely file the required writing may result in the imposition of sanctions, including but not limited to dismissal of this action.

DATED: May 12, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.prose\lopez093.osc

2