IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFONSO G. LOPEZ,                         No. CIV.S-06-0093 MCE DAD PS

       Plaintiff,

   v.                                     ORDER

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

       Defendants.
_____/

      At oral argument on July 21, 2006, plaintiff, who is proceeding pro se, made an oral motion requesting that this action be dismiss. Defendant does not oppose plaintiff's request. Moreover, defendant has filed no counterclaim and will suffer no prejudice by a dismissal. <u>Hamilton v. Firestone Tire & Rubber Company, Inc.</u>, 679 F.2d 143, 145 (9th Cir. 1982). Pursuant to Federal Rule of Civil Procedure 41(a)(2) the court has discretion to dismiss an action at plaintiff's request. <u>Id.</u>; <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 (9th Cir. 1986) (an unqualified oral stipulation of dismissal made in

1

1  open court satisfies Rule 41(a)(1)(ii)).  Thus, pursuant to Rule
2  41(a) and for the reasons discussed at the hearing, plaintiff's oral
3  motion for voluntary dismissal will be granted.
4        Accordingly, IT IS HEREBY ORDERED that this action is
5  dismissed and the Clerk shall close the case.
6  DATED: July 25, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

10  DAD:im
   ddad1\orders.prose\lopez0093.voluntary.wpd